Form 169 – ntccovert

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.:  22−10209−RG
    Chapter:  7
    Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sinclair Waithe
   156 CATHERINE ST
   Elizabeth, NJ 07201

Social Security No.:
   xxx−xx−7638

Employer's Tax I.D. No.:

## NOTICE OF HEARING
## ON APPLICATION/MOTION TO CONVERT CASE

    An application/motion to convert the above−captioned case from Chapter 7 to Chapter 13, has been filed by Debtor.

    Notice is hereby given that the Court will conduct a hearing on this matter to determine the application/motion for conversion before the Honorable Rosemary Gambardella on:

Date:        February 22, 2022
Time:        10:00 AM
Location:   Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102


Dated: January 24, 2022
JAN: car

                                    Jeanne Naughton
                                    Clerk